# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                            : NO. 895
                                     :

DESIGNATION OF CHAIR AND VICE-   : SUPREME COURT RULES DOCKET
CHAIR OF THE ORPHANS' COURT      :
PROCEDURAL RULES COMMITTEE      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2021, the Honorable Emil Giordano (Ret.) is hereby designated as Chair, and Julian E. Gray, Esquire, is designated as Vice-Chair, of the Orphans' Court Procedural Rules Committee, commencing December 3, 2021.